FILED

FEB 10 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLDWELL BANKER REAL ESTATE LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DC PROPERTY & LOANS, INC., a California Corporation; LOUIE T. LO, an individual; and JOSE C. YEE, an individual,<br><br>Defendants. | CASE NO. 4:13-CV-04732-SBA<br><br>[PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL OF ACTION AS TO DEFENDANT LOUIE T. LO |

Having read and duly considered the Request for Dismissal as to Defendant Louie T. Lo, and finding good cause therefore, the Court hereby Orders pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that Plaintiff Coldwell Banker Real Estate LLC, a California Limited Liability Company's Complaint filed on October 10, 2013, is hereby dismissed without prejudice as to Defendant Louie T. Lo only.

Plaintiff shall file a motion for default judgment as to the remaining Defendants within 60 days of the date this order is filed. If no motion is filed, the action will be dismissed under Federal Rule of Civil Procedure 41(b). The telephonic Case Management Conference scheduled for February 26, 2014 is CONTINUED to May 14, 2014, at 2:30 p.m.

IT IS SO ORDERED.

DATED: ___2/7___, 2014

_____Saundra Armstrong_____
U.S. District Court Judge Saundra Brown Armstrong

[PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT