UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COLDWELL BANKER REAL ESTATE, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DC PROPERTY & LOANS, INC., et al.,<br><br>Defendants. | Case No: C 13-4732 SBA<br><br>**ORDER OF REFERENCE**<br><br>Dkt. 17 |

IT IS HEREBY ORDERED THAT:

1. In accordance with Civil Local Rule 72-1, Plaintiff's motion for default judgment (Dkt. 17) is REFERRED to the Chief Magistrate Judge or her designee for a report and recommendation. The May 13, 2014, hearing date is VACATED. The new hearing date will determined by the assigned Magistrate Judge.

2. If no objection has been filed in response to the report and recommendation within the applicable deadline, Plaintiff shall notify the Court in writing that the report and recommendation has been issued and that no objections have been received.

3. The telephonic Case Management Conference currently scheduled for May 14, 2014 is CONTINUED to <u>July 23, 2014 at 2:30 p.m.</u> Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. The joint statement shall be filed no later than ten (10) days prior to the conference and shall comply with the Standing Order for All Judges of the Northern

1  District of California and the Standing Order of this Court.  Plaintiff shall be responsible for
2  filing the statement as well as for arranging the conference call.  All parties shall be on the
3  line and shall call (510) 879-3550 at the above indicated date and time.
4      IT IS SO ORDERED.
5  Dated:  April 15, 2014

                                                          _____
                                                          SAUNDRA BROWN ARMSTRONG
                                                          United States District Judge