Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLDWELL BANKER REAL ESTATE LLC, a California limited liability company,<br><br>   Plaintiff,<br><br>vs.<br><br>DC PROPERTY & LOANS, INC., a California Corporation; LOUIE T. LO, an individual; and JOSE C. YEE, an individual,<br><br>   Defendants. | CASE NO. 4:13-CV-04732-SBA<br><br>[PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL OF ACTION AS TO PLAINTIFF'S FOURTH CLAIM FOR RELIEF |

  Having read and duly considered the Request for Dismissal as to Plaintiff Coldwell Banker Real Estate LLC's ("Plaintiff") Fourth Claim for Relief, and finding good cause therefore, the Court hereby Orders pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that Plaintiff's Complaint filed on October 10, 2013, is hereby dismissed without prejudice as to the Fourth Claim for Relief for Federal Trademark Counterfeiting Pursuant to 15 U.S.C. § 1114(a)(1).

  IT IS SO ORDERED.

DATED: _____November 3_, 2014

         *Saundra B Armstrong*
         U.S. District Court Judge Saundra Brown Armstrong

1071569/21269329v.1

-1-

[PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF'S FOURTH CLAIM FOR RELIEF

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 633 West Fifth Street, 52nd Floor, Los Angeles, CA 90071.

On **November 3, 2014**, I served the within documents:

**[PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL OF ACTION AS TO PLAINTIFF'S FOURTH CLAIM FOR RELIEF**

☒ **Electronically:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") system.

☒ I served those parties who are not registered participants of the ECF System as indicated below.

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Los Angeles, addressed as set forth below.

| **DC PROPERTY & LOANS, INC.**<br>323 89th Street<br>Daly City, CA 94015 | **Jose C. Yee**<br>323 89th Street<br>Daly City, CA 94015 |
|---|---|

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 3, 2014, at Los Angeles, California.

*/s/ Mila Owen*
Mila Owen

RLGY/1071569/18239304v.1