UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COLDWELL BANKER REAL ESTATE, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DC PROPERTY & LOANS, INC., et al.,<br><br>Defendants. | Case No: C 13-4732 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Adopting Report and Recommendation of Magistrate Judge,

IT HEREBY ORDERED THAT final judgment is entered against Defendants DC Property & Loans, Inc., and Jose C. Lee in the following amounts: $112,647.02 in damages for breach of contract; and $17,701.07 in attorneys' fees and costs, for a total monetary judgment of **$130,348.09.**

IT IS SO ORDERED.

Dated: 11/3/14

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge